*E-Filed 2/8/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROY A. COST, | No. C 11-5160 RS (PR) |
|     Petitioner, | **ORDER OF TRANSFER** |
|    v. | |
| RANDY GROUNDS, Warden, | |
|     Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner challenges convictions he suffered in Siskiyou County, which is in the Eastern District of California. A petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* 28 U.S.C. § 2241(d); Habeas L.R. 2254-3(b). Accordingly, because petitioner was convicted in the Eastern District of California, this action is TRANSFERRED to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. § 1404(a), Habeas Local Rule 2254-3(b), and in the interest of justice. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: February 8, 2012

RICHARD SEEBORG
United States District Judge